IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WILLIE SMITH, III**                                                                 **PLAINTIFF**
**ADC #252721**

v.                          Case No. 4:22-cv-00976-KGB

**MCFADDEN, Officer,**
**Pulaski County Regional**
**Detention Facility,** *et al.*                                         **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 3). No party has filed objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice plaintiff Willie Smith's complaint for failure to prosecute (Dkt. No. 1). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

It is so ordered this the 6th day of March, 2023.

                                                                                       Kristine G. Baker
                                                                                      United States District Judge